NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTERN MANAGEMENT, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5049, -5064

---

Appeals from the United States Court of Federal Claims in case no. 97-CV-340, Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

Western Management, Inc. moves without opposition to consolidate the above-captioned appeals. Western Management also moves without opposition to stay the due date for its opening brief until the disposition of this motion by this court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate is granted. The revised official caption is reflected above.

(2) The motion to stay the briefing schedule is granted to the extent that Western Management's opening brief is due within 60 days from the date of filing of this order.

FOR THE COURT

APR 22 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert E. Kovacevich, Esq.
    Regina S. Moriarty, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 22 2011

JAN HORBALY
CLERK